**DeCotiis, FitzPatrick, Cole & Wisler, LLP**
William R. Lundsten, Esq.
Glenpointe Centre West
500 Frank W. Burr Boulevard
Teaneck, New Jersey 07666
(201) 928-1100
*Attorneys for Defendant Nelson Badia*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NELSON BADIA,<br><br>Defendant. | CRIMINAL NO. 05-00372-001<br><br>ORDER |

THIS MATTER having been opened to the Court by application of William R. Lundsten, DeCotiis, FitzPatrick, Cole & Wisler, LLP, counsel for defendant Nelson Badia, with no objection by the government,

IT IS on this __14th__ day of __Nov.__ 2008,

ORDERED that United States Pretrial Services return the passport of Nelson Badia to him or his representative.

IT IS FURTHER ORDERED that a copy of this Order be served upon all parties within __7__ days of the date hereof.

_____
HONORABLE MARY L. COOPER, U.S.D.J.

916666-1